# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICHOLAS L. RIANTO,

    Plaintiff,

vs.

CONNIE BISBEE, et al.,

    Defendants.

Case No. 2:12-CV-00501-GMN-(VCF)

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983.  The court dismisses this action because plaintiff did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

    IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///

///

///

///

-2-

1  IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2  commencement of a new action in which he either pays the filing fee in full or submits a complete
3  application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4  statement of his inmate account. The clerk of the court shall enter judgment accordingly.
5  DATED: April 5, 2012

_____
GLORIA M. NAVARRO
United States District Judge